**Order entered June 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00708-CV

### IN RE JEROME JOHNSON, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER

Before the Court are relator's June 17, 2019 motion to take judicial notice of the official trial court's docket sheet and motion for the Court to suspend rule of appellate procedure 52.3(j) and (k)(1)(A). Appellant's motions are **DENIED**.

/s/     BILL WHITEHILL
        JUSTICE